UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA SEU, | Case No.: 1:16-cv-01973-RMB-AMD |
| Plaintiff, | |
| v. | |
| CREDIT COLLECTION SERVICES, INC., | |
| Defendant. | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| /s/ Ronald M. Metcho | /s/ Amy L. Bennecoff Ginsburg |
|---|---|
| Ronald M. Metcho, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | Kimmel & Silverman, P.C. |
| 2000 Market Street, Suite 2300 | 30 East Butler Pike |
| Philadelphia, PA 19103 | Ambler, PA 19002 |
| Phone: 215-575-2595 | Phone: (215) 540-8888 |
| Fax: 215-557-0856 | Fax: (215) 540-8817 |
| Email: RMMetcho@MDWCG.com | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: October 10, 2016 | Date: October 10, 2016 |

BY THE COURT:

_[signature]_ J.

10/12/2016
